## THIBODEAU *v.* HILDRETH.

---

PATENTS; INTERFERENCE.

*Thibodeau* v. *Hildreth, ante,* 320, applied and followed.

No. 292.   Patent Appeals.   Submitted March 17, 1905.   Decided April 4, 1905.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference case.            *Affirmed.*

*Mr. William Quinby* for the appellant.

*Mr. A. P. Browne* and *Mr. J. A. Watson* for the appellee.

Mr. Justice MORRIS delivered the opinion of the Court:

This is a companion interference to the three which have already been decided, of *Jenner* v. *Dickinson, Thibodeau* v. *Dickinson* [*ante,* 316], and *Thibodeau* v. *Hildreth* [*ante,* 320], and depends upon the same conditions as the last named. The invention is only a phase of that involved in the other interference between the same parties. It is stated thus: "In a candy-pulling machine in combination a series of pins or candy-pulling members and means for moving a part of said members in intersecting paths, whereby the said members automatically feed and pull the candy."

For the reasons stated in the previous case the decision of the Commissioner of Patents in favor of the appellee Hildreth is affirmed.

The clerk will certify this opinion and the proceedings in this court in the premises to the Commissioner of Patents, according to law.                                                   *Affirmed.*